# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Louis Ronayne and Deborah Ronayne, on behalf of themselves individually and all others similarly situated,  §§§§§§ | |
| Plaintiffs  § § | Case No. 2:24-cv-11103<br>Judge Brandy R. McMillion |
| v.  §§ | |
| Keller Williams Realty, Inc.,  § | |
| Defendant | |

## **STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that Plaintiffs' LOUIS RONAYNE and DEBORAH RONAYNE, shall DISMISS the above-captioned Action against Defendant, KELLER WILLIAMS REALTY INC., WITHOUT PREJUDICE.

IT IS HEREBY ORDERED that the above-captioned Action against Defendant KELLER WILLIAMS REALTY, INC. is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that this Order of Dismissal Without Prejudice resolves the last pending claim and closes the case.

IT IS SO ORDERED:

Dated: September 12, 2024

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
UNITED STATES DISTRICT JUDGE

So Stipulated and Agreed:

| | |
|---|---|
| */s/ David M. Kramer* <br> David M. Kramer <br> DAVID KARMER LAW <br> 25892 Woodward Avenue <br> Royal Oak, MI 48067 <br> (248) 210-6757 <br> (248) 542-6301 -fax <br> david.kramer@dmkramerlaw.com <br><br> **ATTORNEY FOR PLAINTIFF** | */s/ James DeLine (w/ consent 9/12/2024)* <br> James E. DeLine <br> KERR, RUSSELL AND WEBER, PLC <br> 500 Woodward Ave., Ste. 2500 <br> Detroit, MI 48226 <br> (313) 961-0200 (telephone) <br> jdeline@kerr-russell.com <br><br> **ATTORNEY FOR DEFENDANT KELLER WILLIAMS REALTY, INC.** |

Dated: September 12, 2024